# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  ASSIGNMENT OF JUDGE     :   No. 384 Judicial Classification Docket
PATRICK SWEENEY OF THE COURT    :
OF COMMON PLEAS OF THE FIFTH     :
JUDICIAL DISTRICT OF PENNSYLVANIA   :
TO FAMILY DIVISION                 :

## ORDER

**PER CURIAM**

**AND NOW**, this 31st day of January, 2024, upon consideration of the Petition of the Honorable Susan Evashavik DiLucente, President Judge of the Court of Common Pleas of the Fifth Judicial District of Pennsylvania, for the permanent assignment of the Honorable Patrick Sweeney to the Family Division of the Court of Common Pleas of the Fifth Judicial District of Pennsylvania, said Petition is **GRANTED** and the requested assignment is approved.